Mark A. Romeo, Bar No. 173007
mromeo@littler.com
Derek S. Hecht, Bar No. 273039
dhecht@littler.com
Alexandra R. Volpicelli, Bar No. 355346
avolpicelli@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone:     949.705.3000
Facsimile:     949.724.1201

Attorneys for Plaintiff
COULSON AVIATION (USA) INC.

James Kachmar, State Bar No. 216781
jkachmar@weintraub.com
Weintraub Tobin Chediak Coleman Grodin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:     916/558.6000
Facsimile:     916/446.1611

Attorney for Defendant
JEFFREY CAVARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| COULSON AVIATION (USA) INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>JEFFREY CAVARRA, an individual, and DOES 1-10.<br><br>       Defendant. | Case No. 2:25-cv-03005-TLN-CSK<br><br>**[PROPOSED]** ORDER GRANTING JOINT STIPULATION TO FORENSIC PROTOCOL<br><br>Magistrate Judge:    Hon. Chi Soo Kim<br>Courtroom:   25<br><br>Trial Date:    TBD<br>Complaint Filed: October 16, 2025 |

CASE NO. 2:25-cv-03005-TLN-CSK

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO FORENSIC PROTOCOL

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
949.705.3000

**[PROPOSED] ORDER**

Pursuant to the Stipulation of Plaintiff COULSON AVIATION (USA) INC. and Defendant Jeffrey Cavarra filed concurrently herewith and good cause appearing, IT IS HEREBY ORDERED Joint Stipulation to Forensic Protocol is hereby granted.

1.      The Investigation will be conducted in accordance with the terms of the Agreement, which includes the forensic investigation protocol outlined in the agreement attached hereto as **Exhibit A**.

2.      Defendant will provide his devices and accounts to the third-party neutral in accordance with the terms of the Agreement.

3.      Documents may be withheld in accordance with the terms of the Agreement.

4.      All other relevant terms will be enforced in accordance with the Agreement.

**IT IS SO ORDERED**.

Dated:  June 15, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4886-3461-7535.1 / 800000-9204

7, coul.3005.25.stip-order-forensic-protocol

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
949.705.3000

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO FORENSIC PROTOCOL

# Exhibit "A"

**FORENSIC INSPECTION PROTOCOL AGREEMENT**

Jeff Cavarra ("Cavarra") on one hand and Coulson Aviation (USA), Inc. ("Coulson") on the other, jointly agree to this forensic inspection protocol (the "Protocol") which establishes terms for the imaging, searching and inspection of electronic devices and accounts (identified below), with respect to the claims asserted by Coulson against Cavarra in the lawsuit titled: *Coulson Aviation (USA), Inc. v. Jeffrey Cavarra*, et al., Case No. 2:25-cv-03005 ("the Lawsuit"). Cavarra is represented by James Kachmar of Weintraub Tobin Chediak Coleman Grodin law corporation, and Coulson is represented by Mark A. Romeo of Littler Mendelson, P.C.  Cavarra and Coulson are collectively referred to herein as the "Parties."

1.  **Third Party Neutral** – The Parties agree that Dr. Shane Shook will serve as the third party neutral and conduct the inspection described in this Protocol.

2.  **Scope of Forensic Examination** –

    a.  Dr. Shook will (i) ensure that all of Cavarra's electronic data storage system(s), including computers, iPads or other tablet devices, hard drives, USB storage devices, email accounts, cloud based data storage systems (including, but not limited to, any Google Drive account(s) associated with the caje1967ff1@gmail.com and cavarra@sbcglobal.net address or any other personal email addresses Cavarra uses or has used since he joined Coulson as an employee), and smart phones in Cavarra's possession, custody or control (together with log-ons and passwords for each) are preserved; (ii) verify if Cavarra is in possession, custody, or control of Coulson  confidential or proprietary information ("Coulson Confidential Information"), and (iii) determine any and all access, use, copying, deletion, or transfer of Coulson Confidential Information.

    b.  Dr. Shook shall also analyze whether any Coulson Confidential Information was deleted or attempted to be deleted through manual means or through any programs capable of deleting information, and, if so, when and by whom, to the extent these things are identifiable.  In this regard, Dr. Shook will look for the use of any anti-forensic software or methods, such as wiping tools, alterations to system files, private browsing modes, or secure deletion tools.

    c.  Dr. Shook will use the search terms attached hereto as Exhibit A-1 and will use any other means or methods he believes in his judgment to be prudent to perform his analysis, including, but not limited to, analysis of user activity, analysis of device connections, analysis of use of third-party file storage software or platforms (such as Dropbox or Google Drive), browser history, and analysis of the use of anti-forensic software or tools. Dr. Shook will identify the search terms attached as Exhibit A-1 in his reports, and will also identify the other means and/or methods that he formulated in the course of his investigation.

3.  **Delivery of Devices and Accounts for Examination** – Cavarra will turn over all such devices and accounts (including usernames, passwords and/or other credentials) to Dr. Shook at the office of Weintraub Tobin, 400 Capitol Mall, 11th Floor, Sacramento, CA

1

Forensic Inspection Protocol Agreement

95814, at a mutually-agreeable time and date prior to June 19, 2026.

4. **Withhold Procedure –**

Dr. Shook will send a listing of the files that he believes contain Coulson Confidential Information to both Parties' respective counsel for review. Cavarra's counsel will have the opportunity to review for privilege and/or documents that contain purely private information (e.g., tax returns, personal banking information, health information, and family photos/documents).  Coulson and Cavarra agree that Cavarra may not withhold information such as emails between himself and others that discuss Coulson Confidential Information and/or what do with respect to Coulson Confidential Information under the guise that such communications are "purely private" communications; provided, however, communications protected by the attorney-client privilege may be withheld.  Cavarra's counsel will have the right to review any file(s) contained in the list by written email request to Dr. Shook as part of counsel's review and the file(s) will be made available to Cavarra's counsel within 24 hours of the request, or at Dr. Shook's earliest convenience.

Dr. Shook will run the search terms (Nos. 9-10, 12-13, 16-23, 25-29, 31-35) on Exhibit A-1 to identify files that contain "@weintraub.com." Dr. Shook will review the headers of the files that contain "@weintraub.com" to identify any files that include a third party that is not Cavarra or an individual with "@weintraub.com" within the sender or recipient fields. Dr. Shook will provide the total number of files that contain "@weintraub.com" and the total number of files within this set that include a third party that is not Cavarra or an individual with "@weintraub.com" within the sender or recipient fields. Dr. Shook will provide these numbers simultaneously to counsel for Coulson and Cavarra. Within seven (7) days of receipt of this information from Dr. Shook, the Parties shall file a Joint Status Report limited to two (2) pages to provide an update, including whether the parties have reached an agreement as to the subset of files that include a third party. After receipt of this Joint Status Report, the Court will issue a ruling as to this unresolved issue.

Cavarra's counsel will have ten (10) business days from the Court's ruling, production of the list, or from the production of any files requested by Cavarra's counsel, whichever is later, to provide a log to Coulson's counsel and Dr. Shook identifying all files to be withheld from production to Coulson's counsel on the grounds of privilege or privacy(e.g., bank information, tax information, personal family pictures/documents, and/or medical records/information).   If there is a dispute as to the withholding of any documents as set forth above, the Parties will obtain the assistance of the Court in the Lawsuit in accordance with the Court's Local Rules and/or Standing Order(s).  If the Court  determines that there was no good faith basis to withhold one or more documents, or that there was no good faith basis to challenge the withholding of one or more documents,  the Court may shift some or all of the fees/costs associated with bringing the matter to the attention of the Court to the responsible party.   After receipt of the log from Cavarra's counsel of documents to be withheld, Dr. Shook will immediately turn over to Coulson for its review all files that contain a hit for one or more of the search terms, unless the file(s) is/are identified on the log provided by Cavarra's counsel.

5. **Forensic Report** – Dr. Shook shall prepare forensic reports detailing the analysis outlined above, as well as outlining all analyses performed by Dr. Shook. The purpose of the forensic report is to discover whether Cavarra transferred any of Coulson's Confidential

Forensic Inspection Protocol Agreement

Information to third-parties, or utilized them for a non-work purpose of Coulson. Any report by Dr. Shook shall not describe or disclose the contents of any file(s) that are contained on the log submitted by Cavarra's counsel, unless and until the issue of privilege/ privacy is resolved by the parties and/or the Court. Dr. Shook will promptly provide the forensic reports to counsel for the Parties at the same time and any supplemental reports will likewise be shared with counsel for the Parties.

6. **Preservation/Remediation of Files --** Dr. Shook will advise Counsel and will work with Mr. Cavarra to preserve relevant data but ensuring that all Coulson Confidential Information, if any, is removed from any devices, accounts, and/or storage systems to which Mr. Cavarra may have access. Dr. Shook will not disclose any information or data collected under the terms of this Protocol except for as provided above. Upon the conclusion of the Lawsuit between Coulson and Cavarra, or upon written notice by counsel for the Parties, Dr. Shook will delete all data/information collected under this Protocol and provide written confirmation to counsel for the Parties that the data/information has been permanently deleted.

7. **Payment for Forensic Examination and Remediation of Files –**Coulson shall be responsible for Dr. Shook's fees and costs.  Each Party reserves the right to seek recovery of any fees or costs incurred in connection with this Protocol in the Lawsuit.

**ACCEPTED AND AGREED:**

By:    */s/James Kachmar*                                                      Date: June 5, 2026
         James Kachmar
         Weintraub Tobin Chediak
         Coleman Grodin Law
         Corporation
         Counsel for Jeff Cavarra

By:    */s/Mark A. Romeo*                                                      Date: June 5, 2026
         Mark A. Romeo
         Littler Mendelson, P.C.
         Counsel for Coulson Aviation
         (USA), Inc.

3

**Forensic Inspection Protocol Agreement**

**Exhibit A-1**
**Search Terms[1]**

1. 2025 w/5 ReCompete or Re compete w/5 Documents
2. 2020 CAL w/5 FIRE w/5 Recompete or Re compete
3. Pricing w/5 Cost Ratios
4. 2024-2029 CBA Costs by Labor Category
5. 2025 ReCompete Documents\ODCs
6. CPI Adjustment-Bid Price.xlsx
7. Base-Pilot or Base w5 Pilot w/50 Staffing
8. Aircraft-Vehicle or Aircraft w/5 Vehicle w/60 Lease w/10 Cost
9. RFP or Request for Proposal.
10. RFP 7CA07422 Initial Assessment
11. "C:\Users\jeff.cavarra\Desktop\Thumb Drive"
12. Amentum and CAL FIRE
13. Dyncorp and CAL FIRE
14. Coulson
15. PTY
16. M1 w/100 of Coulson
17. M1 w/100 of offer or contract
18. Opportunity and M1
19. CAL FIRE or CALFIRE
20. RFP or request for proposal
21. Proposal w/100 CAL FIRE or CALFIRE or M1
22. M1 and files or data or information
23. Shred
24. Reddog and/or shredz
25. 29135
26. destroy
27. spoliate
28. erase /100 files, data, or information
29. delete /100 files, data, or information
30. RFS or "Rural Fire Service" or "New South Wales Rural Fire Service
31. submission
32. "thumb drive"
33. USB
34. "external hard drive"
35. Memorex

Note: The name CAL FIRE should be run with both lower and upper cases letters as some people may write the name using upper or lower case letters or some variation of the same.

---

[1] These terms do not encompass health records, family photographs, family documents, or banking and tax records.

Date Limitations:

1. Searches involving the terms: "Amentum," "Dyncorp," "CAL FIRE," "RFP or Request for Proposal" and "M1" are subject to the date limitation of January 1, 2024 to the date of collection. The forensic examiner, Dr. Shook will (1) identify files that contain "@weintraub.com;" (2) review the files that contain "@weintraub.com" to identify any files that include a third party that is not Defendant or an individual with "@weintraub.com" within the sender or recipient fields; (3) provide the total number of files that contain "@weintraub.com" and the total number of files within this set that include a third party that is not Defendant or an individual with "@weintraub.com" within the sender or recipient fields; (4) provide these numbers simultaneously to counsel for both Plaintiff and Defendant.

2. Searches involving the terms: "Shred," "29135," "destroy," "spoliate," "erase," "delete," "submission," "thumb drive," "USB," "external hard drive," and "Memorex" are subject to the date limitation of January 1, 2024 to the date of collection. The forensic examiner, Dr. Shook will (1) identify files that contain "@weintraub.com;" (2) review the files that contain "@weintraub.com" to identify any files that include a third party that is not Defendant or an individual with "@weintraub.com" within the sender or recipient fields; (3) provide the total number of files that contain "@weintraub.com" and the total number of files within this set that include a third party that is not Defendant or an individual with "@weintraub.com" within the sender or recipient fields; (4) provide these numbers simultaneously to counsel for both Plaintiff and Defendant.

Specific File Name Searches:

| |
|---|
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\Pricing to Cost Ratios.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\Pricing to Cost Ratios.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive |
| Desktop\Thumb Drive\Pricing to Cost Ratios.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\Pricing to Cost Ratios.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\2024-2029 CBA Costs by Labor Category.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\2024-2029 CBA Costs by Labor Category.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\2024-2029 CBA Costs by Labor Category.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\2024-2029 CBA Costs by Labor Category.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\ODCs.xlsx |

| |
|---|
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\ODCs.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\ODCs.xlsx |
| Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\ODCs.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\CPI Adjustment-Bid Price.xlsx |
| Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\CPI Adjustment-Bid Price.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\CPI Adjustment-Bid Price.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\Base-Pilot Staffing Numbers by Date.xlsx |
| Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\Base-Pilot Staffing Numbers by Date.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\Base-Pilot Staffing Numbers by Date.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\Aircraft-Vehicle Lease Cost Estimates.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\Aircraft-Vehicle Lease Cost Estimates.xlsx |
| Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\Aircraft-Vehicle Lease Cost Estimates.xlsx |
| Thumb Drive\2020    CAL FIRE Recompete |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\RFP 7CA07422 Initial Assessment.docx |
| Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\RFP 7CA07422 Initial Assessment.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\RFP 7CA07422 Initial Assessment.docx |
| This PC\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\RFP 7CA07422 Initial Assessment.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\RFP 7CA07422 Initial Assessment.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents |
| Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\RFP 7CA07422 Initial Assessment.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\RFP 7CA07422 Initial Assessment.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\Password.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\Password.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\Password.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2024-2029 CBAs |

| |
|---|
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2024-2029 CBAs\CBA- CALFIRE Mechanics 04.01.24 to 03.31.29 - FINAL as of 04 24 2024 (3).pdf |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\RFP 7CA04911.pdf |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2024-2029 CBAs\CBA - CALFIRE Pilots 040124 to 033129 - FINAL with MOU (1).pdf |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\2025 ReCompete Documents\Aircraft-Vehicle Lease Cost Estimates.xlsx |
| Desktop\Thumb Drive\2020      CAL FIRE Recompete\2025 ReCompete Documents\Aircraft-Vehicle Lease Cost Estimates.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\2025 ReCompete Documents\Base-Pilot Staffing Numbers by Date.xlsx |
| Desktop\Thumb Drive\2020      CAL FIRE Recompete\2025 ReCompete Documents\Base-Pilot Staffing Numbers by Date.xlsx |
| Desktop\Thumb Drive\2020      CAL FIRE Recompete\2025 ReCompete Documents |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\2025 ReCompete Documents\RFP_7CA04911.pdf |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\Book1.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\Book1.xlsx |
| Thumb Drive\2020      CAL FIRE Recompete\2025 ReCompete Documents |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.1.A - History of Experience.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\DI Proposal-RFP 7CA04911 |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.1.A - History of Experience.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 3 - Proposal_Proposer Certification Sheet.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 3 - Proposal_Proposer Certification Sheet.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 2 - Required Attachment Checklist.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 2 - Required Attachment Checklist.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 1 - Cover Sheet.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 1 - Cover Sheet.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.5 - Effective Work Plan and Work Schedule.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020      CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.5 - Effective Work Plan and Work Schedule.docx |

| |
|---|
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\2025 ReCompete Documents\DVBE-Leverage-Proposal Writing-Procurement.pdf |
| Folder; C:\Users\jeff.cavarra\Desktop\Thumb Drive |
| Desktop\Thumb Drive\2020     CAL FIRE Recompete\2025 ReCompete Documents\ODCs.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\2025 ReCompete Documents\ODCs.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\Cost Model-DRAFT-REV A.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\Cost Model-DRAFT-REV A.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\Expense Report.xls |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\Expense Report.xls |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\Expense Report.xls |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\2025 ReCompete Documents\Evaluaiton Tabulation.7CA04911.Aircraft Support.pdf |
| Thumb Drive\2020     CAL FIRE Recompete\2025 ReCompete Documents\Financial Statement Requirments from RFP  7CA04911.pdf |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\RFP 7CA04911 Evaluation Criteria Post Mortem.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\RFP 7CA04911 Evaluation Criteria Post Mortem.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\2025 ReCompete Documents\2025 CAL FIRE Notes--things to price-include in proposal-Rev D.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\2025 ReCompete Documents\2025 CAL FIRE Notes--things to price-include in proposal-Rev D.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\2025 ReCompete Documents\2025 CAL FIRE Notes--things to price-include in proposal-Rev C.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\2025 ReCompete Documents\2025 CAL FIRE Notes--things to price-include in proposal-Rev C.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\CALFIRE Pricing--Program Comments.xlsm |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\CALFIRE Pricing--Program Comments.xlsm |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\CALFIRE Pricing--Program Comments.xlsm |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.1.B - Proof of Financial Stability.pdf |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020     CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.1.B - Proof of Financial Stability.docx |

| |
|---|
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.1.B - Proof of Financial Stability.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.1.B - Proof of Financial Stability.pdf |
| Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\CPI Adjustment-Bid Price.xlsx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\2025 ReCompete Documents\CPI Adjustment-Bid Price.xlsx |
| Desktop\Thumb Drive\2020    CAL FIRE Recompete |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 7 - GSPD-05-105 Proposer Declaration.pdf |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 6 - STD 843 Disabled Veteran Enterprise Declarations.pdf |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.6 - Cost Eval - Cost Proposal Amount BID FORM.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.6 - Cost Eval - Cost Proposal Amount BID FORM.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.4.B - Support Vehicles.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.4.B - Support Vehicles.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.4.A - Coordination with AMU Staff.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.4.A - Coordination with AMU Staff.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.3.F - Holidays.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.3.F - Holidays.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.3.E - Sick Leave.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.3.E - Sick Leave.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.3.D - Vacation.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.3.D - Vacation.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.3.C - Health Program.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.3.C - Health Program.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.3.B - Retirement Plan.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020    CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.3.B - Retirement Plan.docx |

| |
|---|
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.3.A - Employee Hourly Pay Rates.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.3.A - Employee Hourly Pay Rates.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.2.B - Demotion, Dismissal and Disciplinary Actions.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.2.B - Demotion, Dismissal and Disciplinary Actions.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.2.A - New Hires, Promotions, Upgrades and Reassignments.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.1.H - Employee Retention Policy or Program.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.1.G - Employee Relations.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.1.F - Satisfactory References.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.1.E - Aviation Maintenance Management Experience.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.1.D - Aviation Pilot Management Experience.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 5.1.C - Revolving Line of Credit.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 4.E - Collective Bargaining Agreements.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 4.D - Employee Retention Policy or Program.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 4.C - Satisfactory References.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 4.B - Line of Credit.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\DI Proposal-RFP 7CA04911\Attachment 4.A - Proof of Company Qualifications.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\2025 ReCompete Documents\CAL FIRE CONTRACT BRIEF.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete\CALFIRE Scoring Analysis.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2020        CAL FIRE Recompete |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2024-2029 CBAs |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2019-2024 CBAs\2019 Mechanic Negotiations\Base Mechanics.docx |
| C:\Users\jeff.cavarra\Desktop\Thumb Drive\2019-2024 CBAs\2019 Mechanic Negotiations\Article 20.docx |

| |
|---|
| Thumb Drive\2019-2024 CBAs\2019 Mechanic Negotiations |
| Thumb Drive\2019-2024 CBAs\2019 Mechanic Negotiations |
| D:\Thumb Drive\RFS Tender\Final Submission Documents |
| D:\Thumb Drive\RFS Tender |