UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COULSON AVIATION (USA) INC.,

Plaintiff,

v.

JEFFREY CAVARRA,

Defendant.

Case No. 2:25-cv-03005-TLN-CSK

ORDER RE: DISCOVERY DISPUTE

(ECF Nos. 26, 31, 32)

On May 6, 2026, the Court issued an order after holding an informal discovery conference regarding Plaintiff Coulson Aviation (USA) Inc. and Defendant Jeffrey Cavarra's dispute as to a forensic inspection protocol. 5/1/2026 Joint Statement (ECF No. 26); 5/6/2026 Order (ECF No. 28). The Court ordered the parties to file a Joint Status Report limited to two (2) pages to provide an update regarding the forensic examiner's findings as to the files that contain "@weintraub.com", including whether the parties have reached an agreement as to the subset of files that include a third party. The Court indicated that after receipt of this Joint Status Report, the Court would issue a ruling as to the remaining unresolved issue as to Dispute Categories 1 and 2 (Joint Statement at 1). Unfortunately, the parties have filed separate statements and Plaintiff has raised a new issue. (ECF No. 31.) The Court first addresses the remaining unresolved issue as to Dispute Categories 1 and 2.

1) **Dispute Categories 1 and 2 (5/1/2026 Joint Statement at 1)**: The parties agree that the forensic examiner identified "477 items contain '@weintraub.com,' of which 22 items contain a third-party sender or recipient." Pl. Status Report at 2:12-13 (ECF Nos. 31); *see* Def. Status Report at 1:24-27 (agreeing with Plaintiff's report at 2:9-18) (ECF No. 32). The parties have reached an agreement regarding the 22 items that contain a third-party sender or recipient: "The parties agreed that Cavarra will review the 22 items to determine whether any are privileged. Cavarra will include any privileged items on a privilege log, and those items will be withheld from production by the forensic examiner. The forensic examiner will produce any non-privileged items in accordance with the Forensic Inspection Protocol Agreement." Pl. Status Report at 2:14-18; *see* Def. Status Report at 1:24-27. No further action or order is needed by the Court as to this issue, and this issue is therefore **resolved**.

2) **New Issue Raised by Plaintiff Re: Defendant's Additional Devices**: In its July 29, 2026 Status Report, Plaintiff raised a concern that the forensic examiner identified additional devices and a OneDrive account "'that were not made available to [the forensic examiner] for examination at the time of [his] evidence acquisitions'" and "the forensic examiner was unable to access one of Cavarra's iPhone devices because it was password-protected and an 'incorrect encryption key' had been provided." Pl. Status Report at 2:24-25, 2:25-27. Defendant disputes Plaintiff's representations, and attaches email correspondence dated July 28, 2026 from the forensic examiner that appears to contradict Plaintiff's representation regarding one of Defendant's iPhones and the password-protection issue. Def. Status Report at 2. It is unclear from the parties' separate filings whether a dispute remains, and the parties have not requested resolution by the Court of any

such dispute or properly raised such a dispute.

If a discovery-related dispute remains, the parties may again utilize the Court's informal discovery resolution procedures or formal discovery motion practice under Local Rule 251. The parties are reminded of their obligations under Federal Rule of Civil Procedure 11 and the Local Rules regarding their filings and representations to the court.

Dated: August 28, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

csk/coul.3005.25_disco.o