Mark A. Romeo, Bar No. 173007
mromeo@littler.com
Neil Cave, Bar No. 361524
ncave@littler.com
Alexandra R. Volpicelli, Bar No. 355346
avolpicelli@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Facsimile: 949.724.1201

Attorneys for Plaintiff
COULSON AVIATION (USA) INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

COULSON AVIATION (USA) INC.,

Plaintiff,

v.

JEFFREY CAVARRA, an individual, and DOES 1-10.

Defendant.

Case No. 2:25-cv-03005-TLN-CSK

**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION**

Judge: Hon. Troy L. Nunley
Courtroom: 2

Trial Date: TBD
Complaint Filed: October 16, 2025

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
949.705.3000

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
949.705.3000

**ORDER**

Having considered Plaintiff Coulson Aviation (USA) Inc.'s ("Plaintiff" or "Coulson") Request to Seal Documents in Support of Plaintiff's *Ex Parte* Application for Interim Modification of the Scheduling Order Pending Decision on Plaintiff's Motion for Leave to Amend ("*Ex Parte* Application"), the papers submitted in support thereof, any opposition and reply papers, and the arguments of counsel, and good cause appearing therefore:

IT IS HEREBY ORDERED that Coulson's Request to Seal Documents is GRANTED.

IT IS FURTHER ORDERED that the following exhibits in support of Coulson's *Ex Parte* Application for Interim Modification of the Scheduling Order Pending Decision on Plaintiff's Motion for Leave to Amend be sealed:

1. **Exhibit 1**: A three-page attachment to an email produced by (current) third party M1 Support Services, L.P. ("M1") bates numbers M1-0000989-M1-0000991 attached to the Declaration of Mark A. Romeo in Support of Plaintiff's *Ex Parte* Application; and
2. **Exhibit 2**: A one-page document, produced by M1, titled "Customer Hot Buttons & Ideas" bates numbers M1-0000110 attached to the Declaration of Mark A. Romeo in Support of Plaintiff's *Ex Parte* Application

**IT IS SO ORDERED.**

DATED: November 9, 2026

Troy L. Nunley
Chief United States District Judge